UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| THOMAS CHASTAIN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>BLUE LINE SOLUTIONS, LLC,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 2:23-CV-160-RWS |

## J U D G M E N T

This action having come before the Court, Honorable Richard W. Story, United States District Judge, for consideration of Defendant's Motion to Dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Gainesville, Georgia, this 16th day of April, 2024.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　By:　　s/ D. McGoldrick
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 16, 2024
Kevin P. Weimer
Clerk of Court

By:　　s/ D. McGoldrick
　　　　　Deputy Clerk