UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINSVILLE DIVISION

| | |
|---|---|
| THOMAS CHASTAIN, )<br>and JONATHAN V. DUNN, Individually )<br>And on Behalf of All Others Similarly )<br>Situated, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BLUE LINE SOLUTIONS, LLC )<br>)<br>Defendant. ) | CLASS ACTION<br>CIVIL ACTION FILE<br>NO. 2:23-CV-160-RWS |

**ORDER**

The Court has considered Plaintiffs' motion to amend or alter the Court's Order granting the Defendant's motion to dismiss and for leave to file a Second Amended Class Action Complaint.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion to Amend or Alter Order Granting Motion to Dismiss and for Leave for Plaintiffs to file a Second Amended Class Action Complaint is **GRANTED**.

(2) The Clerk is hereby directed to **REOPEN** the above-captioned case.

1

(3) Plaintiffs may file the proposed Second Amended Class Action Complaint on or before _____.

SO ORDERED, this the ___ day of _____, 2024.

_____
Richard W. Story
United States District Judge