UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| THOMAS CHASTAIN, et al,<br><br>Plaintiff, vs.<br><br>BLUE LINE SOLUTIONS, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 2:23-CV-160-RWS |

## AMENDED JUDGMENT

This action having come before the Court, Honorable Richard W. Story, United States District Judge, for consideration of Defendant's Motion to Dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Gainesville, Georgia, this 14th day of July, 2025.

                              KEVIN P. WEIMER
                              CLERK OF COURT


                        By:   s/ D. McGoldrick
                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 14, 2025
Kevin P. Weimer
Clerk of Court

By:  s/ D. McGoldrick
        Deputy Clerk